# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1066
_____

United States of America

*Plaintiff - Appellee*

v.

Marlin Hudson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 27, 2025
Filed: April 1, 2025
[Unpublished]

_____

Before BENTON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Marlin Hudson appeals after the district court[1] revoked his supervised release
and sentenced him to 10 months in prison. His counsel has moved for leave to

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern
District of Missouri.

withdraw and has filed a brief challenging the substantive reasonableness of the sentence. After careful review, we conclude that the district court did not abuse its discretion, as Hudson admitted to violating the conditions of his release, and the revocation sentence is within the statutory maximum. See United States v. Miller, 557 F.3d 910, 914, 916 (8th Cir. 2009) (standard of review; single violation enough to revoke supervised release); see also 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 2 years if underlying offense is Class C felony).

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.

_____